FILED
2005 Feb-09  AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: CV 04-P-348-S |
| | } | |
| LAFONDA MONTA GREEN, | } | |
| | } | |
| Defendant. | } | |

## ORDER

The magistrate judge filed a report and recommendation on November 23, 2004, recommending that the defendant's motion to dismiss be denied.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Defendant's motion to dismiss is denied.

**DONE** and **ORDERED** this _8th_ day of February, 2005.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE